IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRISTEN FLAGEN,<br><br>  Plaintiff,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>  Defendant. | CV 20–14–M–DLC<br><br><br><br>ORDER |

Before the Court is the parties' Stipulated Motion for Dismissal. (Doc. 27.)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE as fully settled upon the merits, with each party to bear its own costs and fees.

DATED this 1st day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1